In the Matter of the Claim of AUGUST ROSS, Respondent, against HARRY HANSEN et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

Present —Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.